

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00056-CR

_____

CYNTHIA JANE ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Cass County, Texas
Trial Court No. CCLM110351

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Cynthia Jane Anderson, appellant, has filed with this Court a motion to dismiss her appeal.  The motion is signed by Anderson and by her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2, we grant the motion.  *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     May 17, 2012
Date Decided:     May 18, 2012

Do Not Publish